# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SARAH ALLEN  
1327 CROSBY STREET  SSN-xxx-xx-6571  
ROCKFORD, IL  61107

Case Number: 07-71613

Case filed on: 7/5/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $265.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | NIEBUHR LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SARAH ALLEN | 0.00 | 0.00 | 265.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 265.00 | 0.00 |
| 001 | CHASE AUTO FINANCE CORP | 800.00 | 800.00 | 0.00 | 0.00 |
| 002 | CITY OF ROCKFORD | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
| 003 | FIRST AVENUE AUTO | 797.00 | 700.00 | 0.00 | 0.00 |
|  | Total Secured | 3,197.00 | 3,100.00 | 0.00 | 0.00 |
| 003 | FIRST AVENUE AUTO | 0.00 | 24.25 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MG | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACS COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 932.07 | 233.02 | 0.00 | 0.00 |
| 007 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 2,404.87 | 601.22 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINIOS SECRETARY OF STATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 1,182.72 | 295.68 | 0.00 | 0.00 |
| 013 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | R & B RECEIVABLES MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | THE AFFILIATED GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNITED CREDIT SERVICE INC | 90.50 | 22.62 | 0.00 | 0.00 |
| 022 | YUDKIN & RICH, PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,610.16 | 1,176.79 | 0.00 | 0.00 |
|  | Grand Total: | 7,807.16 | 4,276.79 | 265.00 | 0.00 |

Total Paid Claimant:       $265.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007              By   /s/Heather M. Fagan